UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN TROY STURGES, | ) | CV F 05 0017 AWI LJO HC |
| | ) | |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY |
| | ) | SANCTIONS SHOULD NOT BE IMPOSED |
| v. | ) | FOR FAILING TO COMPLY WITH A |
| | ) | COURT ORDER |
| | ) | |
| MATTHEW KRAMER, Warden, et al., | ) | [Doc. #4] |
| | ) | |
| Respondents. | ) | |

On February 4, 2005, an Order Requiring Respondent to File a Response was issued and directed to Respondent. Respondent was granted ninety (90) days in which to comply with the Court order. However, over ninety (90) days have passed and the Court has not received the Court ordered response.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondent is HEREBY ORDERED to, within thirty (30) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

**Dated:    June 1, 2005**                       **/s/ Lawrence J. O'Neill**
b9ed48                                                    UNITED STATES MAGISTRATE JUDGE