UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN TROY STURGES,<br><br>  Petitioner,<br><br>  v.<br><br>MATTHEW KRAMER, Warden, et al.,<br><br>  Respondents. | CV F 05 0017 LJO HC<br><br>ORDER REQUIRING RESPONDENT TO FILE RESPONSE<br><br>ORDER SETTING BRIEFING SCHEDULE<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated November 29, 2005, this case was assigned to the undersigned for all purposes, including entry of final judgment.

    On December 14, 2004, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. By order of the Court dated January 5, 2005, the action was transferred to the Fresno Division and received in this Court. Following a preliminary review of the petition, on February 4, 2005, the Court issued an order

directing Respondent to file a response to the petition. On August 9, 2005, the briefing schedule in this matter was reset.

On October 11, 2005, Respondent filed a motion to dismiss the petition for failure to exhaust state remedies. On December 2, 2005, the undersigned granted Respondent's motion and gave Petitioner leave to file a motion to withdraw the unexhausted claims in lieu of suffering dismissal. On January 12, 2006, Petitioner filed a motion to withdraw the unexhausted claims. Concurrent with this order, the Court will grant Petitioner's motion.

Accordingly, pursuant to Rule 4 of the Rules Governing Section 2254 Cases and Rule 16 of the Federal Rules of Civil Procedure,[1] the Court HEREBY ORDERS:

1. Respondent SHALL FILE AN ANSWER addressing the merits of the Petition, due within **NINETY (90)** days of the *date of service* of this order.  Rule 4, Rules Governing Section 2254 Cases; Cluchette v. Rushen, 770 F.2d 1469, 1473-1474 (9th Cir. 1985) (court has discretion to fix time for filing an Answer.).

   – Respondent SHALL INCLUDE with the Answer any and all transcripts or other documents necessary for the resolution of the issues presented in the Petition. Rule 5 of the Rules Governing Section 2254 Cases.

   – Any argument by Respondent that Petitioner has *procedurally defaulted* a claim(s) SHALL BE MADE in an ANSWER that also addresses the merits of the claims asserted. This is to enable the Court to determine whether Petitioner meets an exception to procedural default. See, Paradis v. Arave, 130 F.3d 385, 396 (9th Cir. 1997) (Procedurally defaulted claims may be reviewed on the merits to serve the ends of justice);  Jones v. Delo, 56 F.3d 878 (8th Cir. 1995) (the answer to the question that it is more likely than not that no reasonable juror fairly considering all the evidence, including the new evidence, would have found Petitioner guilty

---

[1] The Federal Rules of Civil Procedure are "applicable to habeas corpus proceedings to the extent that the practice in such proceedings are not set forth in the statutes of the United States and has heretofore conformed to the practice of civil actions." Fed.R.Civ.P. 81(a)(2). Rule 11 also provides "the Federal Rules of Civil Procedure, to the extent that they are not inconsistent with these rules, may be applied, when appropriate, to the petitions filed under these rules." Rule 11, Rules Governing Section 2254 Cases.

1   beyond a reasonable doubt necessarily requires a review of the merits).

2   – Petitioner's TRAVERSE, if any, is due **THIRTY (30)** days from the date

3   Respondent's Answer is filed with the Court.

4   2. Oppositions to motions SHALL be served and filed within EIGHT (8) days, plus three

5   days for mailing. REPLIES to Oppositions SHALL be served and filed within eight (8)

6   days, plus three days for mailing. If no opposition is filed, all motions are deemed

7   submitted at the expiration of the opposition period.

8   3. The Clerk of the Court is DIRECTED to SERVE a copy of this order[2] on the Attorney

9   General or his representative.

10   All motions shall be submitted on the record and briefs filed without oral argument unless

11   otherwise ordered by the Court. Local Rule 78-230(h). All provisions of Local Rule 11-110 are

12   applicable to this order.

13   IT IS SO ORDERED.

14   **Dated:   January 25, 2006**          **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

---

[2] Respondent is advised that a scanned copy of the Petition is available in the Court's electronic case management system ("CM/ECF").