UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RYAN TROY STURGES, | ) | 1:05-CV-0017 LJO HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO WITHDRAW UNEXHAUSTED |
| v. | ) | CLAIMS |
| | ) | |
| | ) | [Doc. #19] |
| MATTHEW C. KRAMER, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The parties having voluntarily consented to exercise of Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1), by order dated November 29, 2005, this case was assigned to the undersigned for all purposes, including entry of final judgment.

On December 2, 2005, the undersigned granted Respondent's motion to dismiss the petition for failure to exhaust state remedies with respect to Grounds Two, Three, Four and Five of the petition. Petitioner was granted leave to withdraw the unexhausted claims in lieu of suffering dismissal of the case. On January 12, 2006, Petitioner filed a motion to withdraw the unexhausted claims.

Accordingly, good cause having been presented and good cause appearing therefor, the Court

1  hereby GRANTS Petitioner's motion to withdraw unexhausted claims. Grounds Two, Three, Four,

2  and Five are DISMISSED from the petition.

3  IT IS SO ORDERED.

4  **Dated:   January 25, 2006              /s/ Lawrence J. O'Neill**
   b9ed48                           UNITED STATES MAGISTRATE JUDGE